Eastern District of Kentucky
FILED
JAN 5 - 2007
AT LONDON
LESLIE G. WHITMER
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at LONDON

CIVIL ACTION NO. 05-384-GWU

PAMELA DELUNA,            PLAINTIFF,

VS.        MEMORANDUM OPINION

JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL SECURITY,        DEFENDANT.

The plaintiff, acting pro se, has filed a response to the Court's Memorandum Opinion, Order and Judgment of August 31, 2006, affirming the decision of the Commissioner of Social Security with regard to her claim for Supplemental Security Income and Disability Insurance Benefits. The Court construes the filing as a motion for relief under Rule 60(b) of the Federal Rules of Civil Procedure.

Deluna states that she was awarded benefits on a subsequent application and she genuinely believes that she has "not been able to do much" since December, 2003. Docket Entry No. 30, p. 6.[1] However, although the plaintiff cites some extenuating factors for the lack of definitive diagnoses and of specific functional restrictions from medical sources as discussed in the Memorandum Opinion, it does not alter the fact that the defendant carried her burden of proof at

---

[1] Her alleged onset date was January 30, 2003. (Tr. 95).

1

Step Seven of the analysis in Garner v. Heckler, 745 F.2d 383, 387 (6th Cir. 1984).

Memorandum Opiniion at 2, 6-7.

The motion for relief is will be denied.

This the ___5___ day of January, 2007.

_____
G. WIX UNTHANK
SENIOR JUDGE